Opinion issued February 22, 2007









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-01012-CV

____________


GOLDSTAR COURIERS, INC., TERON CORPORATION, AND TERRILL
BECKERMAN, Appellants


V.


BIG DOG LOGISTICS, INC., Appellee






On Appeal from the 11th District Court

Harris County, Texas

Trial Court Cause No. 2005-79483






MEMORANDUM OPINION

 Appellants have filed an unopposed motion to dismiss their appeal. No opinion
has issued. Accordingly, the motion is granted, and the appeal is dismissed with
prejudice. Tex. R. App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Taft, Alcala, and Hanks.